

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00975-CV

**James Fails**

**v.**

**Bernice Yost Special Conservator for Georgia Cox**

NO. 412,338-401 IN THE PROBATE COURT NO 3 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/18/2015 | E-PAID | ANT |
| SUPP CLK RECORD | $42.00 | 02/17/2015 | PAID | ANT |
| MT FEE | $10.00 | 01/23/2015 | E-PAID | APE |
| STATEWIDE EFILING | $20.00 | 12/22/2014 | PAID | ANT |
| FILING | $175.00 | 12/22/2014 | PAID | ANT |
| RPT RECORD | $310.00 | 12/15/2014 | PAID | ANT |
| CLK RECORD | $24.00 | 12/15/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $591.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 31, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**